# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHAEL G. MURPHY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AARON'S, INC., a Georgia corporation,<br><br>Defendant. | Case No. 1:19-cv-601 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Michael Murphy filed the above-referenced case against Aaron's, Inc. on March 1, 2019.

2. Whereas Aaron's, Inc., has not yet served either an answer or a motion for summary judgment, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks voluntary dismissal of the Complaint, without prejudice.

Dated: June 29, 2020                                  Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
**NYE, STIRLING, HALE & MILLER, LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243
Phone: 412-857-5350
ben@nshmlaw.com

*Signatures continued below.*

2

> Jonathan D. Miller
> Alison M. Bernal
> **NYE, STIRLING, HALE & MILLER, LLP**
> 33 West Mission, Suite 201
> Santa Barbara, CA 93101
> Phone: (805) 963-2345
> jonathan@nshmlaw.com
> alison@nshmlaw.com
>
> *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 29th day of June, of 2020.

                  */s/ Benjamin J. Sweet*
                   Benjamin J. Sweet